FILED ✓    _____ LODGED
_____ RECEIVED _____ COPY

9     JAN - 3 2017     9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GEORGE W. RIOS 160921098
Name and Prisoner/Booking Number

PIMA County Adult Detention Center
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

GEORGE Willie Rios.
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) CITY OF TUCSON
(Full Name of Defendant)

(2) T.P.D. OFFICER Pedersen #47242,

(3) T.P.D. OFFICER K-9 Bolt

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV17-0003 TUCJASPSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"JURY TRIAL DEMANDED"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Pima County Tucson Arizona

## B. DEFENDANTS

1.  Name of first Defendant: _COUNTY OF PIMA_ . The first Defendant is employed as:
    _CITY OF TUCSON_ at _PIMA COUNTY_ .
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _PEDERSEN # 47242_ . The second Defendant is employed as:
    _T.P.D. OFFICER K-9 handler_ at _CITY OF TUCSON POLICE DEPT._ .
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _Bolt_ . The third Defendant is employed as:
    _TUCSON POLICE OFFICER K-9_ at _CITY OF TUCSON POLICE DEPT._ .
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:
    _____ at _____ .
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _USCS Const. Amendment 4, 8, 14_

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☑ Excessive force by an officer    ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_CITY OF TUCSON IN hiRING OFFICER Petersen 47242. Who WAS IN COMMAND OF OFFICER K-9 bolt, who by A COMMAND ATTACKED ME WHEN RELEASED. Which I RECIEVED INSTENSIVE dAMAGE to MY left ARM._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_I Last 50% PERCENT OF MY left bicep, 40% PERCENT OF lEFT TRIPEZEUS AND 10% PERCENT OF lEFT TRICEP which I had two surgery's due to the dAMAGE_

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☑ No

b. Did you submit a request for administrative relief on Count I?    ☐ Yes   ☑ No

c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes   ☑ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

## COUNT II

1. State the constitutional or other federal civil right that was violated: _USCS Const Amendment 4,8,14_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care

   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

   ☑ Excessive force by an officer      ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

OFFICER PEDERSEN #47242 ASKED ME MY NAME which I gave him while I WAS RIDING MY bike going home AT 615 W. Alturas. ONCE I CROSSED 14TH heading WEST ON Alturas I WAS crossing from the NORTH SIDE of the STREET to the south side. ONCE I WAS ON THE WEST of 14TH. MR. OFFICER PEDERSEN WAS ON the CONER WEST of 14TH AND south of Alturas. ONCE OFFICER PEDERSEN found out my NAME AS to ME GIVING him verbally my NAME All I SAW WAS K-9 Bolt who WAS by OFFICER/PEDERSEN bEING RELEASED coming towards ME. K-9 bolt ATTACKED ME RIGht ON the CONER of oR SEMI middle of 14th AND Alturas. I ASKED OFFICER PEDERSEN #47242 to CAll K-9 bolt AND to tell him to RELEASE ME while I WAS phsyICAlly hurt by the damagE K-9 bolt did to my left ARM. I REPEATED the statement NUMERous times UNTIL finally K-9 bolt RELEASED ME which At that point I SAW MY ARM /AND thEN I PASSED out due to blood loss ANd damage.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

K-9 bolt RIPPED 50% PERCENT of my left bicep, 40% of my left tripezeus ANd 10% PERCENT of my left TRICEP. which I had two surgery's due to the damage BY OFFICER PEDERSEN.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☑ No

   b. Did you submit a request for administrative relief on Count II?      ☐ Yes   ☑ No

   c. Did you appeal your request for relief on Count II to the highest level?      ☐ Yes   ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _USCS Const._
_Amendment 4, 8, 14_

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion   ☐ Retaliation
    ☑ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    K-9 bolt was standing next to officer PEDERSEN #47242 on the south coner of Alturas and west side of 14th. I was coming down Alturas heading west until I had to stop at the stop sign on 14th street. Then I crossed on my bike when officer PEDERSEN #47242 asked me my name, which I complied. Next I remember is that K-9 bolt was charging me and I was screaming for help because K-9 bolt had me by my left arm which I was hurtting really bad. K-9 bolt kept shaking my arm even as I asked officer PEDERSEN #47242 to call off K-9 bolt numerous times. When officer PEDERSEN #47242 was satisfied K-9 bolt released me. When I seen my arm I passed out due to the loss of blood, damage to my left arm, plus the shock.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    K-9 bolt tore 50% percent of my bicep, 40% percent of tripezeus and 10% percent tricep to my left arm, which I had two surgery's from K-9 bolt and officer PEDERSEN #47242

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes ☑ No
    b.  Did you submit a request for administrative relief on Count III?          ☐ Yes ☑ No
    c.  Did you appeal your request for relief on Count III to the highest level?          ☐ Yes ☑ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_DUE TO DAMAGE TO my lEFT ARm ANd phsyicologicAl mENTAl_
_pRoblEms ANd phsyIcAl pRoblEms I Am sEEKiNg RELiEF oF_
_TwO milliON_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-15-16___                         _[signature]_
                    DATE                           SIGNATURE OF PLAINTIFF

___N/A___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___N/A___
(Signature of attorney, if any)  _N/A_
___N/A___  _N/A_
___N/A___
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.