# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Willie Rios,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　　Defendants. | No. CV-17-00003-TUC-JAS<br><br>**ORDER** |

Pending before the Court is Plaintiff George Rios's notice of settlement and motion to vacate the jury trial (Doc. 82) scheduled for March 9–13, 2020 and all pending filing dates.

IT IS ORDERED granting Plaintiff's motion.

IT IS FURTHER ORDERED vacating the scheduling conference in this matter

IT IS FURTHER ORDERED denying Plaintiff's motion to transfer Plaintiff to federal custody (Doc. 81).

Dated this 25th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　United States District Judge